# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID A. CAWTHON, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 05-0567 (RMU) |
| | : | |
| v. | : | Document No.:  None |
| | : | |
| U.S. DEPARTMENT OF JUSTICE, *et al.,* | : | |
| | : | |
| Defendants. | : | |

## **MEMORANDUM**

By order of March 9, 2006, the defendant was directed to submit to the court for *in camera* review four pages of documents responsive to the plaintiff's Freedom of Information Act request that were withheld in their entirety. The court determines that the defendant properly justified these withholdings under exemption 3 . The court previously determined that the defendant had satisfied all other obligations under the Freedom of Information Act and, thus, now enters judgment for the defendant   An order consistent with this Memorandum and the Memorandum Opinion of March 9, 2006 (as amended), is separately and contemporaneously issued this 1st day of December, 2006.

RICARDO M. URBINA
United States District Judge